IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                              **8:15CR225**

        vs.
                                                            **ORDER**
ANNA BAKER,

                    Defendant.

This matter is before the Court following a hearing on March 4, 2016.  Defendant Anna Baker was represented by Attorney William F. McGinn and the United States was represented by Assistant U.S. Attorney Douglas J. Amen.

The defendant moved for release for special circumstances.  The motion will be granted.

IT IS ORDERED:

1.      The defendant shall be released from Douglas County Corrections on Sunday, March 6, 2016 at 10:00 a.m. to the custodial supervision of Pamelia Mahkuk.

2.      The defendant shall return to the custody of the U.S. Marshal on Monday, March 7, 2016 by 12:00 p.m.

Dated this 4th day of March, 2016.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge