IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:15CR225 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| ANNA BAKER, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the motion of the Defendant for release for residential treatment to NOVA Therapeutic Community.

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. On Monday, January 14, 2019 at 9:00 a.m., the Defendant is to be released from the United States Marshals holding and transported to NOVA Therapeutic Community by a member of the Office of the Federal Public Defender, to reside and participate in the program.

2. In addition, the Defendant remains subject to all of the previously ordered conditions of her supervised release. Further, the Court orders that if the Defendant fails to remain in such program, participate in such program, and obey all the rules of such program, the Court shall be notified immediately so that a warrant may issue.

Dated this __8th__ day of January, 2019.

BY THE COURT:

_____
The Honorable Joseph F. Bataillon
Senior United States District Court Judge